IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JONATHAN RABURN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-cv-00155 |
| | § | |
| WIENER, WIESS & MADISON AND | § | Honorable Judge John deGravelles |
| COMMUNITY MANAGEMENT, LLC | § | |
| | § | Magistrate Judge Richard L. Bourgeois |
| Defendants | | |

## NOTICE OF APPEAL
## TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Notice is hereby given that Plaintiff(Raburn), the Appellant, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment of the United States District Court for the Middle District of Louisiana as entered pursuant to Fed. R. Civ. P.58 on May 7, 2018 (the Final Judgment) (Docket No. 75), dismissing his case against **COMMUNITY MANAGEMENT, LLC**, and any other ruling, orders, decisions of this Court adverse to Plaintiff (Raburn) that are merged into the Judgment.

The names of all parties to the Final Judgment appealed from and the names and address of their respective attorneys are as follows:

**JONATHAN RABURN**
*Appellant*

**Nicholas M. Graphia, Esq.**
Law Office of Nicholas M. Graphia, LLC
Louisiana Bar No. 33159

400 Poydras Street, Ste. 900
New Orleans, Louisiana 70130
(225) 366-8618
(888) 909-6892 Fax
ATTORNEY FOR PLAINTIFF/APPELLANT


**COMMUNITY MANAGEMENT, LLC**
*Appellee*

**Kermit L. Roux , III**
Deutsch, Kerrigan & Stiles
755 Magazine St.
New Orleans, LA 70130-3672
504-581-5141
Fax: 566-1201
Email: kroux@dkslaw.com
ATTORNEY FOR DEFENDANT/APPELLEE COMMUNITY MANAGEMENT

Dated: June 6, 2018

                      Respectfully submitted,
                      /s/Nicholas M. Graphia
                      _____

                      Nicholas M. Graphia, Esq.
                      Law Office of Nicholas M. Graphia, LLC
                      Louisiana Bar No. 33159
                      400 Poydras Street, Ste. 900
                      New Orleans, Louisiana 70130
                      (225) 366-8618
                      (888) 909-6892 Fax
                      ATTORNEY FOR PLAINTIFF/APPELLANT


## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of June, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

                      Dated: June 6, 2018
                      /s/Nicholas M. Graphia
                      _____
                      Nicholas M. Graphia, Esq.